IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| WINSTON WESLEY NOLES, § § | |
| Plaintiff, § § | |
| v. § | Case No. 3:20-cv-1721-M-BT |
| § § | |
| KEITH SHORT and NICK DIAL, § § | |
| Defendants. § | |

## JUDGMENT

The Court has entered its Order Accepting the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Plaintiff Winston Wesley Noles's case is DISMISSED without prejudice under Federal Rule of Civil Procedure 41(b) for failure to comply with the Court's order.

**SO ORDERED,** this 22nd day of October, 2020.

_____
BARBARA M. G. LYNN
CHIEF JUDGE

1